AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Berg, Terrence G. | United States District Court, Eastern District of Michigan | 05/13/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

United States Courthouse
600 Church Street
Flint, Michigan 48502

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President, Board of Directors | Caritas Welcome Center |
| 2. | Member, Board of Directors | Catholic Lawyers' Society of Detroit |
| 3. | Member, Board of Directors | Historical Society for the United States District Court for the Eastern District of Michigan |
| 4. | Member, Board of Trustees | Legacy DMC |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 05/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Gesu Catholic School Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 05/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 401K #1 | G | Distribution | | | Closed | 01/14/13 | M | | |
| 2. -American Funds Europacific Growth Fund | | | | | | | | | |
| 3. -ING Small Cap Growth Equity | | | | | | | | | |
| 4. - Ridge Worth Smaill Cap Value Equity Fund | | | | | | | | | |
| 5. - SSgA S&P 500 Index Fund | | | | | | | | | |
| 6. - SSgA S&P Mid Cap Index Fund | | | | | | | | | |
| 7. - SSgA Target Retirement 2025 | | | | | | | | | |
| 8. - SSgA Yield-Enhanced Short Term Investment Fund | | | | | | | | | |
| 9. Calvert Tax Free Municipal Bond Fund | A | Int./Div. | | | Distributed (part) | 07/15/13 | J | D | |
| 10. | | | | | Distributed (part) | 09/30/13 | J | D | |
| 11. | | | | | Closed | 11/15/13 | J | D | |
| 12. First Eagle Global Fund Class A | A | Dividend | | | Closed | 12/16/13 | K | E | |
| 13. Virtus Global Fund Class A | A | Distribution | J | T | | | | | |
| 14. Coca Cola Enterprises | A | Distribution | J | T | | | | | |
| 15. Michigan 529-Aggressive Age Based Option Age 18+ HMS Berg | | None | J | T | | | | | |
| 16. Michigan 529-Moderate Age Based Option Age 18+ C Berg | D | Distribution | J | T | Distributed (part) | 07/26/13 | J | | |
| 17. | | | | | Distributed (part) | 12/30/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Berg, Terrence G. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Michigan 529-Moderate Age Based Option Age 15-17 TBerg | | None | K | T | | | | | |
| 19. Peoples Trust Credit Union Accounts | A | Int./Div. | K | T | | | | | |
| 20. Phoenix Life Insurance Whole Life Policy | | None | | | Closed | 01/01/13 | K | | |
| 21. Midland National Life Insurance Whole Life Policy X | | None | K | T | Open | 01/01/13 | K | | |
| 22. IRA-Fidelity Investment ITS Asset Management, LP X | B | Dividend | K | T | Open | 02/28/13 | K | | |
| 23. - Alliance Bernstein High Income Class A | | | J | T | Buy | 03/01/13 | J | | |
| 24. - Blackrock Heath Sciences Opp Prt A | | | J | T | Buy | 03/01/13 | J | | |
| 25. - Columbia Bond Class Z | | | J | T | Buy | 03/01/13 | J | | |
| 26. | | | J | T | Sold (part) | 10/10/13 | J | | |
| 27. - Columbia U.S. Govt Mortgage Class A | | | J | T | Buy | 04/10/13 | J | | |
| 28. - Fidelity International Discovery | | | J | T | Buy | 03/01/13 | J | | |
| 29. | | | J | T | Sold (part) | 07/10/13 | J | | |
| 30. - Fidelity Cash Reserves | | | K | T | Buy | 02/28/13 | K | | |
| 31. | | | K | T | Sold (part) | 03/04/13 | K | | |
| 32. - Fidelity Cash Fund | | | K | T | Sold (part) | 02/28/13 | K | | |
| 33. - Fidelity Total Bond | | | J | T | Buy | 03/01/13 | K | | |
| 34. - Fidelity Government Income | | | J | T | Buy | 04/10/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Fidelity Strategic Income | | | J | T | Buy | 03/01/13 | J | | |
| 36. - First Eagle Gold Class A | | | J | T | Buy | 10/10/13 | J | | |
| 37. - Goldman Sachs Strategic Income Fund Class A | | | J | T | Buy | 03/01/13 | J | | |
| 38. - Oakmark International Class 1 | | | J | T | Buy | 03/01/13 | J | | |
| 39. - JP Morgan Core Bond Fund Class A | | | J | T | Buy | 03/01/13 | J | | |
| 40. - PIMCO Diversified Income Fund Class D | | | J | T | Buy | 03/01/13 | J | | |
| 41. - Rydex S&P 500 Pure Growth H | | | | | Buy | 03/01/13 | J | | |
| 42. | | | | | Sold | 04/10/13 | J | | |
| 43. - Rydex Inverse S&P 500 Strategy Inv | | | J | T | Buy | 07/10/13 | J | | |
| 44. - Rydex Health Care Investor Class | | | J | T | Buy | 03/01/13 | J | | |
| 45. | | | J | T | Sold (part) | 07/10/13 | J | | |
| 46. | | | J | T | Sold (part) | 10/10/13 | J | | |
| 47. - Rydex Precious Metals | | | J | T | Buy | 04/10/13 | J | | |
| 48. | | | J | T | Sold (part) | 07/10/13 | J | | |
| 49. - TCW Total Return Bond Class N | | | J | T | Buy | 10/10/13 | J | | |
| 50. - Transamerica Short Term Bond Class A | | | J | T | Buy | 07/10/13 | J | | |
| 51. - Van Eck International Inv | | | J | T | Buy | 03/01/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | J | T | Sold (part) | 03/10/13 | J | | |
| 53. - Legg Mason BW Global Opportunities Bond FI | | | J | T | Buy | 03/01/13 | J | | |
| 54. | | | J | T | Sold (part) | 07/10/13 | J | | |
| 55. - Franklin Biotechnology Discovery A | | | J | T | Buy | 03/01/13 | J | | |
| 56. | | | J | T | Sold (part) | 07/10/13 | J | | |
| 57. - Oppenheimer Gold & Spl Minerals | | | J | T | Buy | 03/01/13 | J | | |
| 58. | | | J | T | Sold (part) | 07/10/13 | J | | |
| 59. Allianz Vision Deferred Variable Annuity X | None | | M | T | Open | 02/19/13 | M | | |
| 60. - AZL T. Rowe Price Capital App | | | J | T | Buy | 02/19/13 | J | | |
| 61. | | | J | T | Sold (part) | 05/18/13 | J | | |
| 62. | | | J | T | Buy (add'l) | 05/18/13 | J | | |
| 63. | | | J | T | Sold (part) | 08/18/13 | J | | |
| 64. | | | J | T | Buy (add'l) | 08/18/13 | J | | |
| 65. | | | J | T | Sold (part) | 11/18/13 | J | | |
| 66. | | | J | T | Buy (add'l) | 11/18/13 | J | | |
| 67. - AZL MS Mid Cap Growth | | | J | T | Buy | 02/19/13 | J | | |
| 68. | | | J | T | Sold (part) | 05/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | J | T | Buy (add'l) | 05/18/13 | J | | |
| 70. | | | J | T | Sold (part) | 08/18/13 | J | | |
| 71. | | | J | T | Buy (add'l) | 08/18/13 | J | | |
| 72. | | | J | T | Sold (part) | 11/18/13 | J | | |
| 73. | | | J | T | Buy (add'l) | 11/18/13 | J | | |
| 74. - AZL Franklin Templeton FS Plus | | | J | T | Buy | 02/19/13 | J | | |
| 75. | | | J | T | Sold (part) | 05/18/13 | J | | |
| 76. | | | J | T | Buy (add'l) | 05/18/13 | J | | |
| 77. | | | J | T | Sold (part) | 08/18/13 | J | | |
| 78. | | | J | T | Buy (add'l) | 08/18/13 | J | | |
| 79. | | | J | T | Sold (part) | 11/18/13 | J | | |
| 80. | | | J | T | Buy (add'l) | 11/18/13 | J | | |
| 81. - AZL BlackRock Cap Appreciation | | | J | T | Buy | 02/19/13 | J | | |
| 82. | | | J | T | Sold (part) | 05/18/13 | J | | |
| 83. | | | J | T | Buy (add'l) | 05/18/13 | J | | |
| 84. | | | J | T | Sold (part) | 08/18/13 | J | | |
| 85. | | | J | T | Buy (add'l) | 08/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | J | T | Sold (part) | 11/18/13 | J | | |
| 87. | | | J | T | Buy (add'l) | 11/18/13 | J | | |
| 88.  - Mutual Shares Securities | | | J | T | Buy | 02/19/13 | J | | |
| 89. | | | J | T | Sold (part) | 05/18/13 | J | | |
| 90. | | | J | T | Buy (add'l) | 05/18/13 | J | | |
| 91. | | | J | T | Sold (part) | 08/18/13 | J | | |
| 92. | | | J | T | Buy (add'l) | 08/18/13 | J | | |
| 93. | | | J | T | Sold (part) | 11/18/13 | J | | |
| 94. | | | J | T | Buy (add'l) | 11/18/13 | J | | |
| 95.  - AZL Columbia MCap Value Fund | | | J | T | Buy | 02/19/13 | J | | |
| 96. | | | J | T | Sold (part) | 05/18/13 | J | | |
| 97. | | | J | T | Buy (add'l) | 05/18/13 | J | | |
| 98. | | | J | T | Sold (part) | 08/18/13 | J | | |
| 99. | | | J | T | Buy (add'l) | 08/18/13 | J | | |
| 100. | | | J | T | Sold (part) | 11/18/13 | J | | |
| 101. | | | J | T | Buy (add'l) | 11/18/13 | J | | |
| 102.  - PIMCO VIT All Asset | | | J | T | Buy | 02/19/13 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | J | T | Sold (part) | 05/18/13 | J | | |
| 104. | | | J | T | Buy (add'l) | 05/18/13 | J | | |
| 105. | | | J | T | Sold (part) | 08/18/13 | J | | |
| 106. | | | J | T | Buy (add'l) | 08/18/13 | J | | |
| 107. | | | J | T | Sold (part) | 11/18/13 | J | | |
| 108. | | | J | T | Buy (add'l) | 11/18/13 | J | | |
| 109.  - PIMCO VIT Real Return | | | J | T | Buy | 02/19/13 | J | | |
| 110. | | | J | T | Sold (part) | 05/18/13 | J | | |
| 111. | | | J | T | Buy (add'l) | 05/18/13 | K | | |
| 112. | | | J | T | Sold (part) | 08/18/13 | J | | |
| 113. | | | J | T | Buy (add'l) | 08/18/13 | K | | |
| 114. | | | J | T | Sold (part) | 11/18/13 | K | | |
| 115. | | | J | T | Buy (add'l) | 11/18/13 | K | | |
| 116.  - AZL S&P 500 Index | | | J | T | Buy | 02/19/13 | J | | |
| 117. | | | J | T | Sold (part) | 05/18/13 | J | | |
| 118. | | | J | T | Buy (add'l) | 05/18/13 | J | | |
| 119. | | | J | T | Sold (part) | 08/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | J | T | Buy (add'l) | 08/18/13 | J | | |
| 121. | | | J | T | Sold (part) | 11/18/13 | J | | |
| 122. | | | J | T | Buy (add'l) | 11/18/13 | J | | |
| 123.  - PIMCO VIT Total Return | | | J | T | Buy | 02/19/13 | J | | |
| 124. | | | J | T | Sold (part) | 05/18/13 | K | | |
| 125. | | | J | T | Buy (add'l) | 05/18/13 | K | | |
| 126. | | | J | T | Sold (part) | 08/18/13 | J | | |
| 127. | | | J | T | Buy (add'l) | 08/18/13 | K | | |
| 128. | | | J | T | Sold (part) | 11/18/13 | K | | |
| 129. | | | J | T | Buy (add'l) | 11/18/13 | K | | |
| 130.  - Templeton Global Bond Securities | | | J | T | Buy | 02/19/13 | J | | |
| 131. | | | J | T | Sold (part) | 05/18/13 | J | | |
| 132. | | | J | T | Buy (add'l) | 05/18/13 | J | | |
| 133. | | | J | T | Sold (part) | 08/18/13 | J | | |
| 134. | | | J | T | Buy (add'l) | 08/18/13 | J | | |
| 135. | | | J | T | Sold (part) | 11/18/13 | J | | |
| 136. | | | J | T | Buy (add'l) | 11/18/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - AZL JPM International Opportunities | | | J | T | Buy | 02/19/13 | J | | |
| 138. | | | J | T | Sold (part) | 05/18/13 | J | | |
| 139. | | | J | T | Buy (add'l) | 05/18/13 | J | | |
| 140. | | | J | T | Sold (part) | 08/18/13 | J | | |
| 141. | | | J | T | Buy (add'l) | 08/18/13 | J | | |
| 142. | | | J | T | Sold (part) | 11/18/13 | J | | |
| 143. | | | J | T | Buy (add'l) | 11/18/13 | J | | |
| 144.  - AZL INV International Equity | | | J | T | Buy | 02/19/13 | J | | |
| 145. | | | J | T | Sold (part) | 05/18/13 | J | | |
| 146. | | | J | T | Buy (add'l) | 05/18/13 | J | | |
| 147. | | | J | T | Sold (part) | 08/18/13 | J | | |
| 148. | | | J | T | Buy (add'l) | 08/18/13 | J | | |
| 149. | | | J | T | Sold (part) | 11/18/13 | J | | |
| 150. | | | J | T | Buy (add'l) | 11/18/13 | J | | |
| 151. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berg, Terrence G. | 05/13/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Terrence G. Berg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544